PeabsoN, C. J.
 

 The allegations of the bill are not sustained by the proof. It is not proved that the plaintiff was of unsound mind at the time of the dealing mentioned in the
 
 *40
 
 pleadings. There is no proof that any fraud or artifice was. resorted to, for the purpose of inducing her to sell. Both parties had full time for deliberation, and the deeds were executed without secrecy, and attested by a respectable witness. So, the plaintiff has no ground to stand on, except the allegation of gross inadequacy of the price, which is not sufficient to set aside a deed, although it is a strong circumstance, tending with others, to make out a case of fraud or imposition.
 

 The price, in this case, does not appear to have been
 
 grossly
 
 inadequate. The plaintiff offered several times to sell at $1-500, and the difference between that sum and $1100, can hardly be treated as enough to make out the imputation of fraud. Upon the whole, we are satisfied that the plaintiff had made up her mind that “ a bird in the hand was worth two in the bush,” and having some fear that the title might be drawn into question, and having no particular wish to retain property, of which she -could not have the enjoyment, except as a fund to bestow upon her nephews and nieces, who were the parties by whom she apprehended her title might be disputed, was willing to sell at a
 
 “
 
 low figure.” And the defendant did no more than avail himself of what he considered a chance “ for a speculation.” Such dealings, though not encouraged by the courts, are not forbidden by law.
 

 The plaintiff having failed to establish any equity, the bill will be dismissed.
 

 Pee Cukxam, Bill dismissed.